IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN G. SULLIVAN,

    Plaintiff,

v().                                    Case No. 1:15cv80-MW/GRJ

MEGHAN J. BRENNAN,
Postmaster General,
United States Postal Service,

    Defendant.
_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 10.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Plaintiff's motion to remand to state court, ECF No. 7, is **DENIED**.  This cause is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 28, 2015.**

                                                      s/Mark E. Walker           
                                                      **United States District Judge**